McGREGOR W. SCOTT
United States Attorney
EDWARD A. OLSEN, CSBN 214150
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
E-mail:       Edward.olsen@usdoj.gov
Telephone: (916) 554-2821
Facsimile:   (916) 554-2900

Attorneys for the United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHANDA DAVIS,<br><br>                    Plaintiff,<br><br>         v.<br><br>SHERWIN YU YEE LOO, D.C. an individual; UNITED STATES OF AMERICA; and DOES 1 through 30 inclusive,<br><br>                    Defendants. | Case No. 1:20-CV-01096-DAD-JLT<br><br>**STIPULATION AND PROPOSED ORDER TO VACATE SCHEDULING CONFERENCE**<br><br>(Doc. 8) |

Plaintiff, by and through her attorney of record, and the United States, by and through its attorneys of record, respectfully ask the Court to vacate the scheduling conference (currently scheduled for November 6, 2020) in light of the fact that the United States has filed an <u>unopposed</u> motion to dismiss Plaintiff's claims against the United States without prejudice and to remand Plaintiff's claims against the remaining defendant, Dr. Sherwin Yu Yee Loo, back to state court.

Dated: October 28, 2020                                    Respectfully submitted,

                                                           MCGREGOR W. SCOTT
                                                           United States Attorney

                                              By:    /s/ *Edward A. Olsen*
                                                     EDWARD A. OLSEN
                                                     Assistant United States Attorney

                                                     Attorneys for the United States of America

Dated: October 28, 2020                              */s/ Joseph S. Farzam*
                                                     JOSEPH S. FARZAM
                                                     JOSEPH FARZAM LAW FIRM
                                                     Attorney for Plaintiff

## [~~PROPOSED~~] ORDER

Pursuant to stipulation, the Court **ORDERS** that the scheduling conference is vacated and will be re-scheduled if necessary.

IT IS SO ORDERED.

   Dated:   **October 28, 2020**              **/s/ Jennifer L. Thurston**
                                              UNITED STATES MAGISTRATE JUDGE